# United States Court of Appeals
## For the First Circuit

---

Nos. 00-2326
     01-1543

RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,
STATE OF RHODE ISLAND,
Plaintiffs, Appellees,

v.

UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT OF LABOR; ELAINE CHAO,
SECRETARY OF LABOR; OCCUPATIONAL SAFETY AND HEALTH
ADMINISTRATION; CHARLES N. JEFFRESS, ASSISTANT SECRETARY
OF LABOR FOR OCCUPATIONAL SAFETY AND HEALTH;
RUTH E. MCCULLY, REGIONAL ADMINISTRATOR REGION 1,
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION,
Defendants, Appellants,

BEVERLY MIGLIORE; BARBARA RADDATZ; JOAN TAYLOR,
Defendants.

---

**ERRATA SHEET**

     The opinion of this Court issued on April 8, 2002, is amended
as follows:

     On page 30, line 12:  Replace "Forth" with "Fourth".